## 45797, 45798.   KNIGHT v. LOWERY (two cases).

PER CURIAM. Our judgments in *Knight v. Lowery*, 124 Ga. App. 172 (183 SE2d 221) having been reversed by the Supreme Court in *Knight v. Lowery*, 228 Ga. 452 (185 SE2d 915), our judgments therein are hereby vacated and upon the basis of the judgment and decision of the Supreme Court the judgments of the trial court are hereby

*Reversed. Hall, P. J., Eberhardt and Clark, JJ., concur.*
DECIDED FEBRUARY 9, 1972.

*Levy, Askew, Warfield, Graff & Mabie, Lefferts L. Mabie, Jr., Colson & Hicks, Jay, Garden & Sherrell, Clayton Jay, Jr.,* for appellants.

*Divine, Busbee & Wilkin, George D. Busbee, Watson, Keenan, Spence & Lowe, G. Stuart Watson,* for appellee.